UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80717-AMC

HOWARD COHAN,

      Plaintiff,

vs.

5 FUSION LLC,
a Florida Limited Liability Company; and
6 FUSION LLC,
a Florida Limited Liability Company,

      Defendant(s).

_____/

## **JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendants, 5 FUSION LLC, a Florida Limited Liability Company; and 6 FUSION LLC, a Florida Limited Liability Company a , (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 14, 2025.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Andres H. Lopez**
Andres H. Lopez, Esq.
Fla. Bar No. 0067564
The Andres Lopez Law Firm, PA
7351 Wiles Road, Suite 101
Coral Springs, Florida 33067
Phone: 954-237-8138
Facsimile: 877-395-7558
Email: Andres@alopezlawfirm.com
Designated Email for Service:
eservice@alopezlawfirm.com
Attorneys for Defendant

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2