**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80717-CIV-CANNON/McCabe**

**HOWARD COHAN,**

      Plaintiff,

v.

**5 FUSION LLC**
and **6 FUSION LLC**,

      Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on January 14, 2025, in which the parties advise that they have settled this matter [ECF No. 21]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **February 13**, **2025**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 24-80717-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of January 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2